UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *et al. ex rel.* MICHAEL REHFELDT, | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 3:09-CV-0203-B |
| VITAS HEALTHCARE CORP., *et al.*, | § § § | |
| Defendants. | § | |

## ORDER

Local Rule 83.10(a) requires the appearance of local counsel where counsel of record for a party does not reside in this district. Accordingly, by **March 30, 2012**, the Relator will file the entry of appearance of local counsel satisfying the requirements of Local Rule 83.10(a). Failure to do so may result in dismissal without prejudice of this case without further notice.

SO ORDERED.

DATE: March 2, 2012.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE