IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA and THE STATE OF TEXAS *ex rel,* MICHAEL A. REHFELDT, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No: 3-09-CV-0203-B |
| VITAS HEALTHCARE CORPORATION, et al. | ) ) ) ) | |
| Defendants. | ) | |

**NOTICE OF *PRO TANTO* VOLUNTARY DISMISSAL
BY PLAINTIFF-RELATOR MICHAEL A. REHFELDT**

Pursuant to Rule 41(a) of the *Federal Rules of Civil Procedure*, Plaintiff-Relator Michael A. Rehfeldt hereby gives notice of the *pro tanto* voluntary dismissal without prejudice from this action of the following defendants and the claims asserted against them: Inspiris, Inc., Inspiris Hospice, LLC, and WellMed Medical Management.

Plaintiff-Relator preserves and continues to assert his claims on behalf of the United States against defendants Vitas Healthcare Corporation and related entity and Keith Becker.

Counsel for Plaintiff-Relator has spoken with counsel for the State of Texas, who does not object to these dismissals. Counsel for Plaintiff-Relator has attempted

to reach counsel for the United States, but has been unable to do so as of the time of this filing.

Date: March 20, 2012.

|  |  |
|---|---|
|  | s/ Henry I Frohsin |
|  | HENRY I FROHSIN |
|  | JAMES F. BARGER, JR. |
|  | J. ELLIOTT WALTHALL |

**OF COUNSEL:**
FROHSIN & BARGER, LLC
One Highland Place, Suite 310
2151 Highland Avenue
Birmingham, Alabama 35205
Tel: 205.933.4006

s/ G. Steven Henry
G. STEVEN HENRY

**OF COUNSEL:**
G. Steven Henry, Attorney at Law
2229 1st Avenue North, Suite 222
Birmingham, Alabama 35203
Tel: 646.734.0878

**Attorneys for Plaintiff-Relator
Michael A. Rehfeldt**

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2012, a true and correct copy of the foregoing **Relator's *Pro Tanto* Voluntary Dismissal** was filed with the Clerk of Court using the electronic CM/ECF system, which will serve the following counsel of record:

Sean Robert McKenna, AUSA
US Attorney's Office
Earle Cabell Federal Building
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699

Kristina M. Kennedy
Office of the Texas Attorney General
Civil Medicaid Fraud Division
P.O. Box 12548  MC- 056-1
Austin, TX  78711-2548

William Mateja
Victor C. Johnson
Fish & Richardson, P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201

D. Gibson Walton
Hogan Lovells US, LLP
700 Louisiana Street, Street 4300
Houston, TX 77002

**The following will be served by U. S. Mail:**

Peter S. Spivack
Hogan Lovells US, LLP
555 13th Street NW
Washington, DC 20004

Stephanie L. Carman
Hogan Lovells US, LLP
1111 Brickell Avenue, Suite 1900
Miami, FL 33131

/s Henry I Frohsin
OF COUNSEL