IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION
_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *et al.* | § | |
| *ex rel.* MICHAEL A. REHFELDT, | § | |
| | § | |
| Plaintiffs, | § | Civil Action No. 3-09-cv-0203-B |
| | § | (ECF) |
| v. | § | |
| | § | |
| VITAS HEALTHCARE CORPORATION, | § | |
| *et al.*, | § | |
| | § | |
| Defendants. | § | |

## THE UNITED STATES OF AMERICA'S CONSENT TO RELATOR'S DISMISSAL OF *QUI TAM* DEFENDANTS

1.      On March 20, 2012, relator filed a notice of voluntary dismissal as to

defendants WellMed Medical Management; Inspiris, Inc.; and Inspiris Hospice, LLC.

2.      Pursuant to 31 U.S.C. § 3730(b)(1), the United States of America consents

to dismissal of the civil action against the foregoing three defendants, so long as the

dismissal is without prejudice to the United States of America.

Respectfully submitted,

TONY WEST
ASSISTANT ATTORNEY GENERAL

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

_____/s/ Sean McKenna_____
Sean McKenna
Assistant United States Attorney
Texas Bar No. 24007652
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone:  214.659.8600
Facsimile:  214.767.2916
Email:       sean.mckenna@usdoj.gov

Joyce R. Branda
Renée Brooker
Carolyn Tapie
Attorneys, Civil Division
Washington, DC

Attorneys for the United States of America

CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2012, a copy of the foregoing pleading and proposed Order were sent via ECF to all counsel of record.

_____/s/ Sean McKenna_____
Sean McKenna
Assistant United States Attorney