IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *et al.* | § | |
| *ex rel.* MICHAEL A. REHFELDT | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:09-CV-0203-B |
| | § | |
| VITAS HEALTHCARE CORP., *et al.*, | § | |
| | § | |
| Defendants. | § | |

NOTICE OF APPEARANCE AS LOCAL COUNSEL

On March 6, 2012, the court denied the Motion for Leave to Proceed Without Local Counsel filed by Defendants Vitas Healthcare Corporation and related entity and Mr. Keith Becker above referenced parties. [Documents 48 and 51.] The Court ordered the Defendants to file an entry of appearance in accordance with Local Rule 83.10. [Document 51.]

Mr. Michael J. Uhl, of Fitzpatrick Hagood Smith & Uhl LLP, hereby appears as local counsel, with the court's permission, for the law firm of Hogan Lovells U.S. LLP, represented by Mr. Peter S. Spivack. Mr. Spivack and his firm and Mr. Uhl and his firm, as local counsel, will represent Vitas Healthcare Corporation and related entity and Mr. Keith Becker. Proposed local counsel is a longtime member of the District Court bar and is familiar with the local rules and duties of local counsel. Counsel requests permission to

enter an appearance as local counsel. Another member of Mr. Uhl's firm, Mr. Uttam Dhillon, also makes an entry of appearance along with Mr. Uhl. Mr. Uhl and Mr. Dhillon request that they be entered on the electronic notification system for this case.

    Respectfully submitted,

s/ Michael J. Uhl
Michael J. Uhl
Texas Bar Number: 20371050
Uttam Dhillon
Texas State Bar Number: 24070969
Fitzpatrick Hagood Smith & Uhl LLP
2515 McKinney Ave., Suite 1400
Dallas Texas  75201
Tel.:  (214) 237-0900
Fax:  (214) 237- 0901
muhl@fhsulaw.com
udhillon@fhsulaw.com

### Certificate of Conference

On March 27, 2012 AUSA Sean McKenna, Mr. Peter S. Spivack, and Mr. G. Steven Henry stated they do not oppose the Notice of Appearance as Local Counsel. Mr. Henry also stated that Mr. Frohsin would not oppose it.

/s/ Michael J. Uhl
Michael J. Uhl

///

///

///

///

Entry of Appearance as Local Counsel
Page 2

Certificate of Service

I hereby certify that on March 29, 2012, I electronically filed the foregoing document with the Clerk of Court for the United States District Court, Northern District of Texas, using the electronic case filing system of the Court.  I also certify that I served Mr. Spivack by U.S. mail and email.

/s/ Michael J. Uhl
Michael J. Uhl
