IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *et al.* *ex rel.* MICHAEL A. REHFELDT | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 3:09-CV-0203-B |
| VITAS HEALTHCARE CORP., *et al.*, | § § § | |
| Defendants. | § | |

**RULE 7.1 DISCLOSURE STATEMENT FOR**
**DEFENDANT VITAS HEALTHCARE CORPORATION**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Vitas Healthcare Corporation states that it is an indirect wholly-owned subsidiary of Chemed Corporation, a publicly held company.

Specifically, Vitas Healthcare Corporation is wholly-owned by Comfort Care Holdings Company. Comfort Care Holdings Company, in turn, is wholly-owned by Chemed Corporation, a publicly held company.

///

///

///

///

///

///

No other publicly held entity holds more than 10% of the stock of Vitas Healthcare Corporation.

Respectfully submitted,

DATED: March 29, 2012

s/ Michael J. Uhl
Michael J. Uhl
Texas Bar Number: 20371050
Uttam Dhillon
Texas State Bar Number: 24070969
Fitzpatrick Hagood Smith & Uhl LLP
2515 McKinney Ave., Suite 1400
Dallas, Texas 75201
Tel.: (214) 237-0900
Fax: (214) 237- 0901
muhl@fhsulaw.com
udhillon@fhsulaw.com

Peter S. Spivack
*pro hac vice application in process*
Hogan Lovells US LLP
555 13th Street NW
Washington, DC 20004
Tel: (202) 637-5631
Fax: (202) 637-5910
Peter.Spivack@hoganlovells.com

Stephanie L. Carman
*pro hac vice application in process*
Hogan Lovells US LLP
1111 Brickell Avenue, Ste. 1900
Miami, FL 33131
Tel: (305) 459-6500
Fax: (305) 459-6550
Stephanie.carman@hoganlovells.com

*Counsel for Vitas Healthcare Corporation*

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on March 29, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I further certify that a true copy of the foregoing was furnished by CM/ECF to all counsel of record.

                        s/ Michael J. Uhl
                        Michael J. Uhl