IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. MICHAEL A. REHFELDT, and THE STATE OF TEXAS, § § § § § Plaintiffs § § v. § § VITAS HEALTHCARE CORPORATION, et al § § § § Defendants. § | Civil Action No. 3-09-CV-0203-B |

## NOTICE OF APPEARANCE OF CO-COUNSEL

Notice is hereby given of the entry of the undersigned as co-counsel for relator in the above-entitled action. Pursuant to Fed. R. Civ. P. 5, all further notice and copies of pleadings, papers and other materials relevant to this action should be directed to and served upon:

Caitlyn Silhan
Charles S. Siegel
Loren Jacobson
Waters & Kraus LLP
3219 McKinney Avenue
Dallas, Texas 75204
(214) 357-6244
(214) 357-7252 – Fax
Email:  csilhan@waterskraus.com
Email:  siegel@waterskraus.com
Email:  ljacobson@waterskraus.com

DATED:  March 30, 2012                /s/ *Caitlyn Silhan*_____

**CERTIFICATE OF SERVICE**

I hereby certify that on March 30, 2012, a true and correct copy of the above Notice of Appearance was served upon counsel of record via the Court's ECF system.

Sean Robert McKenna, AUSA
US Attorney's Office
Earle Cabell Federal Building
1100 Commerce Street, Third Floor
Dallas, TX 75242-1699

Kristina M. Kennedy
Office of the Texas Attorney General
Civil Medicaid Fraud Division
P.O. Box 12548 MC- 056-1
Austin, TX 78711-2548

D. Gibson Walton
Hogan Lovells US, LLP
700 Louisiana Street, Street 4300
Houston, TX 77002

Michael J. Uhl
Uttam Dhillon
Fitzpatrick Hagood Smith & Uhl, LLP
2515 McKinney Ave., Suite 1400
Dallas, TX 75201

Henry I Frohsin
James F. Barger, Jr.
J. Elliott Walthall
FROHSIN & BARGER, LLC
One Highland Place, Suite 310
2151 Highland Avenue
Birmingham, Alabama 35205

G. Steven Henry
Attorney at Law
2229 1st Avenue North, Suite 222
Birmingham, Alabama 35203

/s/ *Caitlyn Silhan* _____