UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *et al. ex rel.* MICHAEL REHFELDT, | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 3:09-CV-0203-B |
| VITAS HEALTHCARE CORP., *et al.*, | § § § | |
| Defendants. | § | |

## ORDER

The United States of America having consented pursuant to 31 U.S.C. § 3730(b)(1) to Relator's dismissal of certain defendants from this civil action, the Court rules as follows:

It is hereby **ORDERED** that the civil action against WellMed Medical Management; Inspiris, Inc.; and Inspiris Hospice, LLC is **DISMISSED WITHOUT PREJUDICE** as to the United States of America.

SO ORDERED.

DATE: April 9, 2012.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE