UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *et al. ex rel.* MICHAEL REHFELDT, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 3:09-CV-0203-B |
| VITAS HEALTHCARE CORP., *et al.*, | § § § | |
| Defendants. | § | |

ORDER TO SHOW CAUSE

The Court previously ordered the Relator to serve the Complaint and certain other documents on all Defendants in accordance with Federal Rule of Civil Procedure 4 ("Rule 4). However, the deadline for service of these documents upon Defendants Care Level Management, LLC and Justo Cisneros appears to have passed, without service having been effected. Accordingly, the Relator is hereby **ORDERED TO SHOW CAUSE** by **May 4, 2012** why he has not served Care Level Management, LLC and Justo Cisneros in accordance with Rule 4. Failure to show cause may result in sanctions, including the dismissal of these Defendants from this cause of action.

SO ORDERED.

DATE: April 24, 2012.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE