IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> and THE STATE OF TEXAS *ex rel,* ) <br> MICHAEL A. REHFELDT, ) <br> ) <br>     Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> VITAS HEALTHCARE ) <br> CORPORATION, et al. ) <br> ) <br>     Defendants. ) | Case No: 3-09-CV-0203-B |

### RELATOR MICHAEL A. REHFELDT'S RESPONSE TO DEFENDANTS' SUGGESTION OF FAILURE TO COMPLY WITH COURT ORDER

Relator Michael A. Rehfeldt hereby responds to Defendants Inspiris, Inc., Inspiris Hospice, LLC, and WellMed Medical Management's (collectively, the "Inspiris Defendants") Suggestion of Failure to Comply With Court Order as follows:

1. Inspiris Defendants were dismissed from this action on April 9, 2012 (Dkt. No. 57) and filed their Suggestion on April 16, 2012. (Dkt. No. 58). The Suggestion points out that Relator has not yet perfected service on Defendants Care Level Management, LLC or Dr. Justo Cisneros.

2. Relator is contemporaneously filing a Notice of *Pro Tanto* Voluntary Dismissal without prejudice as to defendant Care Level Management, LLC.

3. Relator spoke yesterday with counsel for defendant Dr. Justo Cisneros and requested waiver of service of process. As yet, Dr. Cisneros has neither agreed nor declined to waive service.

4. Relator submits that, should Dr. Cisneros agree to waive service, the expense of perfecting service will be avoided and, given the status of the case and the extension of other defendants' time to answer, no party will be prejudiced.

Dated this 24th day of April, 2012.

|  |  |
|---|---|
| | s/ Henry I Frohsin |
| | HENRY I FROHSIN |
| | JAMES F. BARGER, JR. |
| **OF COUNSEL:** | J. ELLIOTT WALTHALL |
| FROHSIN & BARGER, LLC | |
| One Highland Place, Suite 310 | |
| 2151 Highland Avenue | |
| Birmingham, Alabama 35205 | |
| Tel: 205.933.4006 | |
| | s/ G. Steven Henry |
| | G. STEVEN HENRY |
| **OF COUNSEL:** | |
| G. Steven Henry, Attorney at Law | |
| 2229 1st Avenue North, Suite 222 | |
| Birmingham, Alabama 35203 | |
| Tel: 646.734.0878 | |
| | s/ Loren Jacobson |
| | LOREN JACOBSON |
| | CAITLYN SILHAN |
| **OF COUNSEL**: | CHARLES S. SIEGEL |
| Waters & Kraus, LLP | |

3219 McKinney Avenue  
Dallas, Texas 75204  
Tel:  214.357.6244            **Attorneys for Plaintiff-Relator**
**Michael A. Rehfeldt**

## CERTIFICATE OF SERVICE

     I hereby certify that on April 24, 2012, a true and correct copy of the foregoing was filed with the Clerk of Court using the electronic CM/ECF system, which will serve the following counsel of record:

Sean Robert McKenna, AUSA
US Attorney's Office
Earle Cabell Federal Building
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699

Kristina M. Kennedy
Office of the Texas Attorney General
Civil Medicaid Fraud Division
P.O. Box 12548  MC- 056-1
Austin, TX  78711-2548

William Mateja
Victor C. Johnson
Fish & Richardson, P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201

D. Gibson Walton
Hogan Lovells US, LLP
700 Louisiana Street, Street 4300
Houston, TX 77002

Michael J. Uhl
Uttam Dhillon
Fitzpatrick Hagood Smith & Uhl, LLP
2515 McKinney Avenue, Suite 1400
Dallas, TX 75201

**The following will be served by U. S. Mail:**

Peter S. Spivack
Hogan Lovells US, LLP
555 13th Street NW
Washington, DC 20004

Stephanie L. Carman
Hogan Lovells US, LLP
1111 Brickell Avenue, Suite 1900
Miami, FL 33131

      /s  Henry I Frohsin
        OF COUNSEL

Case 3:09-cv-00203-B   Document 60   Filed 04/24/12   Page 5 of 5   PageID 248