UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *et al.* *ex rel.* MICHAEL REHFELDT, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 3:09-CV-0203-B |
| VITAS HEALTHCARE CORP., *et al.*, | § § § | |
| Defendants. | § | |

## ORDER

The Court previously ordered the Relator to serve the Complaint and certain other documents on all Defendants in accordance with Federal Rule of Civil Procedure 4 ("Rule 4). Further, the Court ordered the Relator to show cause by May 4, 2012 why he had not served Defendant Justo Cisneros ("Dr. Cisneros"). Although the Relator explained to the Court in his response to the show cause order that he had twice spoken with counsel for Dr. Cisneros requesting that Dr. Cisneros waive service of process, he still has not shown that he has served Dr. Cisneros nor that Dr. Cisneros has waived service. Further, the Court finds the Relator's explanation in his response to the show cause order insufficient, especially considering the length of time that has passed since this case was unsealed and the Relator was ordered to effect service upon Defendants. As such, the Relator is hereby **ORDERED** to serve Justo Cisneros by May 14, 2012. Failure to effect service upon Dr. Cisneros by the deadline will result in dismissal of this Defendant from the case.

SO ORDERED.

DATE: May 4, 2012.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE