IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>and THE STATE OF TEXAS *ex rel.*<br>MICHAEL A. REHFELDT,<br><br>    Plaintiffs,<br><br>v.<br><br>VITAS HEALTHCARE<br>CORPORATION, et al.<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No: 3-09-CV-0203-B<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF WAIVER OF SERVICE OF PROCESS

Relator Michael A. Rehfeldt hereby gives notice that Defendant Justo Cisneros has today, May 11, 2012, returned an executed waiver of service of process form, attached hereto as Exhibit A.

Date: May 11, 2012.

                                                    s/ James F. Barger Jr.
                                                  HENRY I FROHSIN
                                                  JAMES F. BARGER JR.
                                                  J. ELLIOTT WALTHALL

**OF COUNSEL:**
FROHSIN & BARGER, LLC
One Highland Place, Suite 310
2151 Highland Avenue
Birmingham, Alabama 35205
Tel: 205.933.4006

**OF COUNSEL:**
G. Steven Henry, Attorney at Law
2229 1st Avenue North, Suite 222
Birmingham, Alabama 35203
Tel: 646.734.0878

**OF COUNSEL:**
Loren Jacobson
Caitlyn Silhan
Charles S. Siegel
Waters & Kraus, LLP
3219 McKinney Avenue
Dallas, Texas 75204
Tel: 214.357.6244

**Attorneys for Plaintiff-Relator
Michael A. Rehfeldt**

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2012, a true and correct copy of the foregoing was filed with the Clerk of Court using the electronic CM/ECF system, which will serve the following counsel of record:

Sean Robert McKenna, AUSA
US Attorney's Office
Earle Cabell Federal Building
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699

Kristina M. Kennedy
Office of the Texas Attorney General
Civil Medicaid Fraud Division
P.O. Box 12548 MC- 056-1
Austin, TX 78711-2548

William Mateja
Victor C. Johnson
Fish & Richardson, P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201

Michael J. Uhl
Uttam Dhillon
Fitzpatrick Hagood Smith & Uhl, LLP
2515 McKinney Avenue, Suite 1400
Dallas, TX 75201

D. Gibson Walton
Hogan Lovells US, LLP
700 Louisiana Street, Street 4300
Houston, TX 77002

**The following will be served by U. S. Mail:**

Peter S. Spivack
Hogan Lovells US, LLP
555 13th Street NW
Washington, DC 20004

Stephanie L. Carman
Hogan Lovells US, LLP
1111 Brickell Avenue, Suite 1900
Miami, FL 33131

                                                /s Henry I Frohsin
                                                OF COUNSEL

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

## WAIVER OF SERVICE OF SUMMONS

RE:   United States ex rel. Michael_A. Rehfeldt v. Vitas Healthcare Corporation et al.

Case Number: _3-09-CV-0203-B

TO:   James F. Barger Jr.

I acknowledge receipt of your request that I waive service of a summons in the action stated above, which was filed in the United States District Court for the Northern District of Texas. I have also received a copy of the complaint in the action, two copies of this Instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the Court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after the date the request was sent, which was May 8, 2012, or within 90 days after that date if the request was sent outside the United States.

_5/11/12_
Date

_[signature]_
Signature

_John Helms_
Printed/Typed Name

_Justos Cisneros_
For Defendant

**Duty to Avoid Unnecessary Costs of Service of Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving costs of service of the summons and complaint. A defendant located in the United States who after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the Court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the Court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received. ..