UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.* § <br> *ex rel.* MICHAEL REHFELDT, § <br> § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> VITAS HEALTHCARE CORP., *et al.*, § <br> § <br> Defendants. § | CIVIL ACTION NO. 3:09-CV-0203-B |

## ORDER GRANTING DEFENDANT VITAS HEALTHCARE CORPORATION'S UNOPPOSED MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

Before the Court is the Unopposed Motion to Withdraw and Substitute Counsel ("Motion") submitted by Defendant Vitas Healthcare Corporation and related entity sued as Vitas Innovative Hospice Care of San Antonio ("Defendant Vitas") (doc. 67). The Court, having considered the Motion, being of the opinion that the Motion is not made for the purpose of delay, and that the Motion will not impair the rights of any party, finds that the Motion is meritorious and should be **GRANTED**.

It is therefore **ORDERED** that David T. Moran and Christopher Bankler of the law firm Jackson Walker LLP shall be substituted as counsel of record for Defendant Vitas in place of Michael John Uhl of the law firm Fitzpatrick Hagood Smith and Uhl and that Michael John Uhl of the law firm Fitzpatrick Hagood Smith and Uhl are relieved of any obligations of counsel on behalf of Defendant Vitas in this case.

The Clerk of this Court and all parties are **ORDERED** to provide notice to David T. Moran and Christopher Bankler of any pending matters and all subsequent notice shall be provided to

counsel for Defendant Vitas at the following address:

>David T. Moran
>State Bar No. 14419400
>Christopher Bankler
>State Bar No. 24066754
>JACKSON WALKER, LLP
>901 Main Street, Suite 6000
>Dallas, Texas 75202
>Telephone: (214) 953-6000
>Facsimile: (214) 953-5822
>Email: dmoran@jw.com
>Email: cbankler@jw.com

It is further **ORDERED** that Michael John Uhl and the law firm Fitzpatrick Hagood Smith & Uhl are permitted to withdraw as counsel of record for Defendant Vitas.

**SO ORDERED.**

**DATE: July 2, 2012.**

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE