UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MICHAEL A. REHFELDT ex rel. UNITED STATES OF AMERICA and THE STATE OF TEXAS<br><br>Plaintiffs,<br><br>v.<br><br>VITAS HEALTHCARE CORPORATION, VITAS INNOVATIVE HOSPICE CARE OF SAN ANTONIO, LP, WELLMED MEDICAL MANAGEMENT, CARE LEVEL MANAGEMENT, LLC, INSPIRIS, INC., INSPIRIS HOSPICE, LLC, JUSTO CISNEROS and KEITH BECKER<br><br>Defendants. | CAUSE NO. 3:09-CV-0203-B |

## APPEARANCE OF COUNSEL FOR DEFENDANT DR. JUSTO CISNEROS

Please take notice that the undersigned John M. Helms, Jr. hereby appears as lead counsel for Dr. Justo Cisneros in this case.

Dated: July 9, 2012

Respectfully submitted:

*s/John Helms*
John Helms
Texas Bar No. 09401001
John@northtexastriallawyers.com
R. Ritch Roberts III
Texas Bar No. 24041794
Ritch@northtexastriallawyers.com
Manuel Diaz
Texas Bar No. 24053639
Manuel@northtexastriallawyers.com
**Helms, Roberts & Diaz LLP**
6060 N. Central Expressway, Suite 560
Dallas, Texas 75206
Tel: (214) 800-2086
Fax: (214) 800-2057
**Attorney-In-Charge for Defendant**

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing Appearance of Counsel was served upon all attorneys of record on the 9th day of July 2012, through the Court's electronic filing system.

*s/John Helms*  
John Helms
