IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF TEXAS *ex rel.* MICHAEL A. REHFELDT, <br><br> Plaintiffs, <br><br> v. <br><br> VITAS HEALTHCARE CORPORATION, et al. <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) )   Case No: 3-09-CV-0203-B |

### NOTICE OF *PRO TANTO* VOLUNTARY DISMISSAL BY RELATOR MICHAEL A. REHFELDT

Pursuant to Rule 41(a) of the *Federal Rules of Civil Procedure*, Relator Michael A. Rehfeldt hereby gives notice of the *pro tanto* voluntary dismissal without prejudice from this action of Defendant Dr. Justo Cisneros and the claims asserted against him.

Relator preserves and continues to assert his claims on behalf of the United States against defendants Vitas Healthcare Corporation and related entity and Keith Becker.

The False Claims Act, 31 U.S.C. § 3730(b)(1) provides that these claims may not be dismissed without the consent of the United States. Relator has spoken

with counsel for the United States, which will register its consent or objection through separate filing.

Date: October 29, 2012.

|  |  |
|---|---|
|  | s/  Henry I Frohsin<br>HENRY I FROHSIN<br>JAMES F. BARGER, JR.<br>J. ELLIOTT WALTHALL |
| **OF COUNSEL:**<br>FROHSIN & BARGER, LLC<br>One Highland Place, Suite 310<br>2151 Highland Avenue<br>Birmingham, Alabama 35205<br>Tel: 205.933.4006 |  |
|  | s/  G. Steven Henry<br>G. STEVEN HENRY |
| **OF COUNSEL:**<br>G. Steven Henry, Attorney at Law<br>2229 1st Avenue North, Suite 222<br>Birmingham, Alabama 35203<br>Tel:  646.734.0878 |  |
|  | s/  Loren Jacobson<br>LOREN JACOBSON<br>CAITLYN SILHAN<br>CHARLES S. SIEGEL |
| **OF COUNSEL:**<br>Waters & Kraus, LLP<br>3219 McKinney Avenue<br>Dallas, Texas 75204<br>Tel:  214.357.6244 |  |
|  | **Attorneys for Plaintiff-Relator**<br>**Michael A. Rehfeldt** |

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 29, 2012, a true and correct copy of the foregoing **Relator's *Pro Tanto* Voluntary Dismissal** was filed with the Clerk of Court using the electronic CM/ECF system, which will serve the following counsel of record:

Sean Robert McKenna, AUSA
US Attorney's Office
Earle Cabell Federal Building
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699

Kristina M. Kennedy
Office of the Texas Attorney General
Civil Medicaid Fraud Division
P.O. Box 12548  MC- 056-1
Austin, TX  78711-2548

William Mateja
Victor C. Johnson
Fish & Richardson, P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201

Michael J. Uhl
Uttam Dhillon
Fitzpatrick Hagood Smith & Uhl, LLP
2515 McKinney Avenue, Suite 1400
Dallas, TX 75201

D. Gibson Walton
Hogan Lovells US, LLP
700 Louisiana Street, Street 4300
Houston, TX 77002

Peter S. Spivack
Hogan Lovells US, LLP
555 13th Street NW
Washington, DC 20004

Stephanie L. Carman
Hogan Lovells US, LLP
1111 Brickell Avenue, Suite 1900
Miami, FL 33131

                                              /s  Henry I Frohsin
                                                OF COUNSEL