UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *et al. ex rel.* MICHAEL REHFELDT, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 3:09-CV-0203-B |
| VITAS HEALTHCARE CORP., *et al.*, | § § § | |
| Defendants. | § | |

ORDER

The Relator filed its Notice of Pro Tanto Voluntary Dismissal of Defendant Dr. Justos Cisneros on October 29, 2012 (doc. 78). The Notice stated that "Relator has spoken with counsel for the United States, which will register its consent or objection through separate filing." However, despite the passing of almost a month, the United States has not filed a notice of its consent or objection. The United States is hereby **ORDERED** to file a notice of consent or objection to the Relator's October 29, 2012 Notice within ten (10) days of this order. Failure to file the required notice may result in the Court deeming the United States to have consented to the Relator's Notice.

SO ORDERED.

DATE: November 26, 2012.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE