IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *et al.* *ex rel.* MICHAEL A. REHFELDT, | § § § | |
| Plaintiffs, | § § | Civil Action No. 3-09-cv-0203-B (ECF) |
| v. | § § | |
| VITAS HEALTHCARE CORPORATION, *et al.*, | § § § | |
| Defendants. | § § | |

## THE UNITED STATES OF AMERICA'S CONSENT TO RELATOR'S DISMISSAL OF *QUI TAM* DEFENDANT

1. Relator filed a notice of voluntary dismissal as to defendant Justo Cisneros, M.D.

2. Pursuant to 31 U.S.C. § 3730(b)(1), the United States of America consents to dismissal of the civil action against Justo Cisneros, M.D., only, so long as the dismissal is without prejudice to the United States of America.

Respectfully submitted,

STUART DELERY
PRINCIPAL DEPUTY
ACTING ASSISTANT ATTORNEY GENERAL

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

   /s/ Sean McKenna
Sean McKenna
Assistant United States Attorney
Texas Bar No. 24007652
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone:   214.659.8600
Facsimile:   214.767.2916
Email:         sean.mckenna@usdoj.gov

Renée Brooker
Carolyn B. Tapie
Attorneys, Civil Division
Commercial Litigation Branch
Washington, DC

Attorneys for the United States of America

CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2012, a copy of the foregoing pleading and proposed Order were sent via ECF to all counsel of record.

   /s/ Sean McKenna
Sean McKenna
Assistant United States Attorney