UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| United States & State of Texas ex rel. Rehfeldt<br>*Plaintiff*<br><br>v.<br><br>Vitas Healthcare Corporation, et al.<br>*Defendant* | §<br>§<br>§<br>§<br>§  Case No. 3:09-CV-0203<br>§<br>§<br>§<br>§<br>§ |

### APPLICATION FOR ADMISSION *PRO HAC VICE*
(Complete all questions; indicate "N/A" if necessary.)

**I.** Applicant is an attorney and a member of the law firm of (or practices under the name of)

Frohsin & Barger, LLC                                                                 , with offices at

3430 Independence Drive, Suite 40
(Street Address)

Birmingham                                        AL                    35209
(City)                                            (State)               (Zip Code)

(205) 933-4006                                    .
(Telephone No.)

**II.** Applicant will sign all filings with the name Carrie M. Motes                           .

*OPTIONAL:* Applicant wants this form to serve as applicant's registration for electronic case filing and consents under FED.R.CIV.P. 5(b) to accept service electronically at the following e-mail address:

carrie@frohsinbarger.com                          .
(E-mail Address)

**III.** Applicant has been retained personally or as a member of the above-named firm by:
(List All Parties Represented)

| |
|---|
| Michael A. Rehfeldt (Plaintiff) |

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

IV. Applicant is a member in good standing of the bar of the highest court of the state of Alabama_____, where Applicant regularly practices law.

Bar license number: ASB-2968-A83L          Admission date: September 28, 2012

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., the State Bar of Texas).**

For Court Use Only.
Bar Status Verified:
_____

V. Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| U.S. District Ct, Northern District of Ala. | November 19, 2012 | Active |
| U.S. District Ct., Middle District of Ala. | November 26, 2012 | Active |
| U.S. District Ct., Southern District of Ala. | November 26, 2012 | Active |

VI. Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

None.

VII. Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

None.

VIII. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

None.

IX. Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:          Case No. And Style:

(If necessary, attach statement of additional applications.)

X. Local counsel of record associated with Applicant in this matter is

Loren Jacobson (Waters, Kraus & Paul) _____ who has offices at

3219 McKinney Avenue
(Street Address)

Dallas                                    TX                 75204
(City)                                   (State)           (Zip Code)

(214) 357-6244
(Telephone No.)

XI. Check the appropriate box below.

For Application in a **Civil Case**

☒ Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

☐ Applicant has read and will comply with the local criminal rules of this court.

XII. Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $25.00 filing fee, on this the 6th day of March, 2013.

Carrie M. Motes
Printed Name of Applicant

*Carrie M. Motes*
Signature



# ALABAMA STATE BAR

415 Dexter Avenue • Post Office Box 671 • Montgomery, Alabama 36101
Telephone: 334/269-1515 • Fax: 334/261-6310
www.alabar.org

*STATE OF ALABAMA*

*COUNTY OF MONTGOMERY*

I, Keith B. Norman, Secretary of the Alabama State Bar and custodian of its records, hereby certify that Carrie Melissa Motes has been duly admitted to the Bar of this State and is entitled to practice in all of the courts of this State including the Supreme Court of Alabama, which is the highest court of said state.

I further certify that Carrie Melissa Motes was admitted to the Alabama State Bar September 28, 2012.

I further certify that the said Carrie Melissa Motes is presently a member in good standing of the Alabama State Bar, having met all licensing requirements for the year ending September 30, 2013.

IN WITNESS WHEREOF, I have hereunto set my hand and the seal of the Alabama State Bar on this the 25th day of January, 2013.



Keith B. Norman, Secretary





LAWYERS RENDER SERVICE