IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. MICHAEL A. REHFELDT, and THE STATE OF TEXAS,<br><br>        Plaintiffs<br><br>vs.<br><br>VITAS HEALTHCARE CORPORATION, et al<br><br>        Defendants. | §<br>§<br>§<br>§<br>§<br>§   Civil Action No. 3-09-CV-0203-B<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## NOTICE OF APPEARANCE OF CO-COUNSEL

Notice is hereby given of the entry of the undersigned as co-counsel for relators in the above-entitled action. Pursuant to Fed. R. Civ. P. 5, all further notice and copies of pleadings, papers and other materials relevant to this action should be directed to and served upon:

Carrie M. Motes
Frohsin & Barger, LLC
3430 Independence Drive, Suite 40
Birmingham, AL 35209
(205) 933-4006
(205) 933-4008 – Fax
Email:  carrie@frohsinbarger.com

DATED:  March 12, 2013          /s/ Carrie M. Motes
                                                              Carrie M. Motes

**OF COUNSEL**:

Frohsin & Barger, LLC
3430 Independence Drive, Suite 40
Birmingham, AL 35209
(205) 933-4006
(205) 933-4008 – fax
carrie@frohsinbarger.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2013, the foregoing was filed with the Clerk of Court for the Northern District of Texas using the electronic CM/ECF system, which will serve the following counsel of record:

Sean Robert McKenna, DOJ
U.S. Attorney's Office
1100 Commerce, 3rd Floor
Dallas, TX 75242

David Henry Ellenbogen
Kristina M. Kennedy
Office of the Texas Attorney General – Civil Medicaid Fraud
300 W. 15th Street
Austin, TX 78701

Charles S. Siegel
Loren Jacobsen
Caitlyn E. Silhan
Waters & Kraus, LLP
3219 McKinney Avenue, Suite 3000
Dallas, TX 75204

Henry I Frohsin
James F. Barger, Jr.
J. Elliott Walthall
Frohsin & Barger, LLC
3430 Independence Drive, Suite 40
Birmingham, AL 35209

G. Steven Henry
G. Steven Henry, Attorney at Law
2229 First Avenue North, Suite 222
Birmingham, AL 35206

Christopher R. Bankler
David T. Moran
Jackson Walker LLP
901 Main Street, Suite 6000
Dallas, TX 75202

Stephanie L. Carman
Peter S. Spivack
Hogan Lovells US LLP
200 S. Biscayne Blvd., Suite 400
Miami, FL 33131

Michael John Uhl
Uttam Dhillon
Fitzpatrick, Hagood, Smith & Uhl, LLP
2515 McKinney Avenue, Suite 1400
Dallas, TX 75201

Victor C. Johnson
Yarbrough Law Group, PC
2305 Cedar Springs Road, Suite 230
Dallas, TX 75201

Manuel Diaz
John M. Helms, Jr.
Ralph Rich Roberts, III
Helms, Roberts & Diaz, LLP
6060 N. Central Expressway, Suite 560
Dallas, TX 75206

William B. Mateja
Fish & Richardson
1717 Main Street, Suite 5000
Dallas, TX 75201

                                            */s/ Carrie M. Motes*_____
                                            Carrie M. Motes