IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *et al.* *ex rel.* MICHAEL A. REHFELDT, | § § § | |
| Plaintiffs, | § § | Civil Action No. 3-09-cv-0203-B (ECF) |
| v. | § § | |
| VITAS HEALTHCARE CORPORATION, *et al.*, | § § § § | |
| Defendants. | § | |

## THE UNITED STATES OF AMERICA'S CONSENT TO RELATOR'S DISMISSAL OF CIVIL ACTION

1. Relator on April 16, 2013, filed a notice of voluntary dismissal of the civil action.

2. Pursuant to 31 U.S.C. § 3730(b)(1), the United States of America consents to dismissal of the civil action, so long as the dismissal is without prejudice to the United States of America.

**United States of America's Consent to Dismissal of Civil Action - Page 1**

Respectfully submitted,

STUART DELERY
ASSISTANT ATTORNEY GENERAL

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

   /s/ Sean McKenna
Sean McKenna
Assistant United States Attorney
Texas Bar No. 24007652
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone:   214.659.8600
Facsimile:    214.767.2916
Email:          sean.mckenna@usdoj.gov

Renée Brooker
Carolyn B. Tapie
Jenelle Beavers
Attorneys, Civil Division
Commercial Litigation Branch
Washington, DC

Attorneys for the United States of America

## CERTIFICATE OF SERVICE

    I hereby certify that on May 1, 2013, a copy of the foregoing pleading and proposed Order were sent via ECF to all counsel of record.

   /s/ Sean McKenna
Sean McKenna
Assistant United States Attorney